**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6642**

In Re: JOHN ROOSEVELT BACCUS,

Petitioner.

On Petition for Writ of Mandamus. (0:06-cv-01921-DCN)

Submitted: August 30, 2007          Decided:  September 7, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

John Roosevelt Baccus, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Roosevelt Baccus petitions for a writ of mandamus seeking an order directing the district court to enter a final order on his 28 U.S.C. § 2254 (2000) petition within ten days. The district court has now entered a final order and Baccus has appealed from that order. Accordingly, although we grant leave to proceed in forma pauperis, we deny Baccus' petition for writ of mandamus because it is moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED